## Thrasher, Appellant, v. Rothrock.

Argued April 12, 1954. Before Stern, C. J., Stearne, Jones, Bell, Chidsey, Musmanno and Arnold, JJ.

Reporter's Note: The issue in this suit in equity was whether the remaining assets of a partnership should be distributed according to an account stated, prepared by the partnership's accountant (as plaintiff contended), or according to a subsequent written agreement between the parties (as defendant contended). The chancellor held that (1) the latter was a valid agreement, (2) the evidence did not prove that a term had been omitted from the written agreement by mutual mistake, and (3) the written agreement superseded the earlier account stated. The chancellor also held that the defendant had not proved his counterclaim, and dismissed the complaint. Upon consideration of defendant's exceptions to the ruling on the counterclaim, they were sustained and a final decree was entered dismissing the complaint and setting forth the amount due the defendant out of the remaining partnership assets.

Plaintiff appealed.

*Samuel Finestone,* with him *W. Horace Hepburn, Jr.,* for appellant.

*Frederick V. Hebard,* with him *John A. Eichman, 3rd,* and *Clark, Hebard & Spahr,* for appellee.

OPINION PER CURIAM, May 24, 1954:

The final decree entered by the learned court below is affirmed at the appellant's costs on the adjudication of President Judge BOK as modified by the opinion for the court en banc in disposing of the exceptions filed to the decree nisi.